FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　CASE NO. 3:12-cr-112-J-34TEM
　　　　　　　　　　　　　　　　Cts. 1-9:  18 U.S.C. § 1038(a)(1)
KATHRYN COHEN ALLEN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope

addressed to Marco Rubio. The envelope contained a white powdery substance and a letter threatening the life of United States Senator Marco Rubio.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT TWO

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope addressed to Bill Nelson. The envelope contained a white powdery substance and a letter threatening the life of United States Senator Bill Nelson.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT THREE

Between on or about June 24, 2011, and on or about June 28, 2011,

2

in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope addressed to Hamilton County Correctional Institution. The envelope contained a white powdery substance and a letter.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT FOUR

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would

violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope addressed to Hamilton County Health Department. The envelope contained a white powdery substance and a letter.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT FIVE

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope addressed to Hamilton County Tax Collector's Office. The envelope contained a white powdery substance and a letter.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT SIX

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon.  Specifically, the defendant provided to another person for delivery in the United States mail an envelope addressed to Department of Children and Family Services.  The envelope contained a white powdery substance and a letter.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT SEVEN

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information

may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope addressed to C.B.. The envelope contained a white powdery substance and a letter.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT EIGHT

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant

provided to another person for delivery in the United States mail an envelope addressed to A.H. The envelope contained a white powdery substance and a letter.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT NINE

Between on or about June 24, 2011, and on or about June 28, 2011, in Hamilton County, at Jasper, Florida in the Middle District of Florida,

KATHRYN COHEN ALLEN,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon. Specifically, the defendant provided to another person for delivery in the United States mail an envelope

addressed to L. and J. J. The envelope contained a white powdery substance and a letter.

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL,

*James C Ward*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *Jay Taylor*
JAY TAYLOR
Assistant United States Attorney

By: *Julie Savell*
JULIE SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

8

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

KATHRYN COHEN ALLEN

## INDICTMENT

Violations:

Cts. 1-9:     18 U.S.C. § 1038(a)(1)

A true bill,

*James C Ward*
Foreperson

Filed in open court this *18th* day

of July, 2012.

*Megan D Chaddock*
Deputy Clerk

Bail $_____