# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:12-cr-112-J-34JRK |
| v. | |
| KATHRYN COHEN ALLEN | |

**Counsel for Government:**
Jay Taylor
Malisa Chokshi

**Counsel for Defendant:**
Noel Lawrence
Reganel Reeves

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles     U.S. Pretrial Services: Sara Romig
Court Reporter: Cindy Packevicz     U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF CONTINUATION OF SENTENCING:**

- **X** Sentencing continued from November 25, 2014.
- **X** Plea previously accepted.
- **X** Defendant adjudged guilty on Counts **One and Two of the Indictment**
- **X** Imprisonment: **EIGHTEEN (18) MONTHS, consisting of EIGHTEEN (18) MONTHS as to each Count One and Count Two, to run concurrently**
- **X** Court recommends confinement at: **a facility located as close as possible to Jacksonville, Florida**
- ___ Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e).
- ___ Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available.
- **X** Court recommends to the BOP that defendant receive mental health treatment, and that her medical condition be immediately evaluated upon her surrender to determine the appropriate medical care needed.
- **X** Supervised Release: **ONE (1) YEAR, consisting of ONE (1) YEAR as to each Count One and Count Two, to run concurrently**
- ___ Probation: _____
- **X** Special Assessment: **$200.00** to be paid immediately.
- **X** Restitution: **$8,847.57**
- **X** Special conditions of supervised release/probation: _____
  - **X** Defendant shall provide the Probation Officer access to any requested financial information.
  - **X** Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating herself for any major purchases without approval of the Probation Officer.
  - **X** Defendant shall participate as directed in a program of mental health treatment.
  - ___ Defendant shall participate as directed in a program for substance abuse treatment.
  - ___ Defendant shall participate in the Home Detention program for a period of _____ days/months.
  - ___ Defendant shall perform _____ hours of community service as directed by the Probation Officer.
  - ___ If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.
  - **X** Mandatory drug testing suspended. Defendant poses a low risk.
  - **X** Defendant shall cooperate in the collection of DNA as directed by the probation officer.
  - **X** Defendant shall submit to a search of her person, residence, place of business, any storage units under her control, or vehicle.
- **X** Counts Three through Nine of the Indictment are dismissed on motion of Assistant U.S. Attorney and pursuant to the Plea Agreement.
- ___ Defendant is remanded to the custody of the U.S. Marshal.
- **X** Defendant shall surrender to the designated institution **no later than 2:00 p.m. on April 23, 2015.** If defendant is unable to obtain transportation to the designated facility or has not been designated by this date, she shall surrender to the United States Marshals Service at 300 North Hogan Street, Jacksonville, Florida.
- **X** Defendant advised of right to appeal and to counsel on appeal.
- ___ Other: _____

DATE: February 23, 2015     TIME: 2:08 p.m. - 2:44 p.m.     TOTAL: 36 Minutes